# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

EMMA DAVIS                                                                       PLAINTIFF

V.                                           CIVIL ACTION NO.: 5:09cv80 DCB-JMR

ADAMS COUNTY BOARD OF SUPERVISORS                DEFENDANT

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon the Plaintiff filing Notice of her Voluntary Dismissal of her claims under the Fair Labor Standards Act for overtime violations.

The Plaintiff having announced that her claims under the Fair Labor Standards Act are voluntarily withdrawn, and all parties stipulating that the Plaintiff's claims under the Fair Labor Standards Act should be dismissed with prejudice, the Court Orders as follows:

**IT IS ORDERED** that the Plaintiff's claims under the Fair Labor Standards Act are hereby dismissed with prejudice as the Plaintiff has filed Notice of Voluntarily Dismissal and stipulated that such dismissal should be with prejudice.

**SO ORDERED**, this the   23rd   day of    February   , 2010.

                                                                   s/ David Bramlette   
                                                                 UNITED STATES DISTRICT JUDGE